**No. 56028.**—Cathay Crafts Corp. et al. v. United States, protests 163691–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56029.**—Central Vermont Railway, Inc. v. United States, protest 169692–K (St. Albans).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56030.**—Leacock & Co., Inc. v. United States, protest 174839–K (F) (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56031.**—Victor M. Calderon Co., Inc., et al. v. United States, protests 172006–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.

**No. 56032.**—British West Indies Corp. v. United States, protest 156963–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of a total of 62 pairs of sisal shoes from cases 554, 557, 562, 566, 572, 575, and 578, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the said 62 pairs of sisal shoes missing from cases 554, 557, 562, 566, 572, 575, and 578. The protest was sustained to this extent.